NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**TMI PRODUCTS INC,**
*Plaintiff-Appellant,*

**v.**

**ROSEN ENTERTAINMENT SYSTEMS LP,**
*Defendant-Appellee.*

———————————

2014-1553

———————————

Appeal from the United States District Court for the Central District of California in No. 5:12-cv-02263-RGK-SP, Judge R. Gary Klausner.

------------------------------------------------------------------------

**TMI PRODUCTS INC,**
*Plaintiff-Appellee,*

**v.**

**ROSEN ENTERTAINMENT SYSTEMS LP,**
*Defendant-Appellant.*

———————————

2014-1585

———————————

2        TMI PRODUCTS INC v. ROSEN ENTERTAINMENT SYSTEMS

Appeal from the United States District Court for the Central District of California in No. 5:12-cv-02263-RGK-SP, Judge R. Gary Klausner.

------------------------

## ON MOTION

------------------------

## O R D E R

Rosen Electronics, L.P. moves without opposition to voluntarily dismiss its cross-appeal, No. 2014-1585, pursuant to Federal Rule of Appellate Procedure 42(b).

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion is granted.  Appeal No. 2014-1585 is dismissed.

(2) The revised official caption is reflected above.

(2)  Each side shall bear its own costs in Appeal No. 2014-1585.


FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court


ISSUED AS A MANDATE (as to 2014-1585 only):
November 6, 2014


s30